**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| IN RE:<br><br>Paul Michel Labrecque,<br>        Debtor,<br>Louise Marie Labrecque<br>        Joint Debtor.<br>_____/ | CASE NO.: 8:20-bk-01398-CPM<br>CHAPTER: 7 |
|---|---|

**LIMITED RESPONSE TO MOTION TO SELL PROPERTY**
**FREE AND CLEAR OF LIENS**

**COMES NOW**, Legacy Mortgage Asset Trust 2021-SL1 ("Secured Creditor"), by and through undersigned counsel, hereby files its Limited Response to Motion to Sell Property Free and Clear of Liens. ("Motion") (DE# 37) and, in support thereof, states as follows:

1. Secured Creditor holds a first lien on the subject property located at 18-20 South B Street Taftville Connecticut (the "Property").

2. On July 13th, 2021, Paul Michel Labrecque and Louise Marie Labrecque ("Debtors") filed a Motion to Sell Property Free and Clear of Liens for $104,000.00.

3. The estimated payoff of Secured Creditor's lien good through July 23, 2021 is $47,532.21. Secured Creditor will provide an updated payoff at or near the scheduled closing of the sale.

4. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up to date payoff quote.

5. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property

absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

6. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

7. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order in compliance with the above conditions and for such other and further relief as the Court deems just and proper.

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Authorized Agent for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-997-6909
> By: /s/ Nathalie Rodriguez
> Nathalie Rodriguez, Esq.
> Florida Bar Number 125114
> E-mail: nrodriguez@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 19, 2021 I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and caused to be served a true and correct copy via CM/ECF or United States Mail to the following parties:

Paul Michel Labrecque
34635 Green Arbor Street
Zephyrhills, FL 33541

Louise Marie Labrecque
34635 Green Arbor Street
Zephyrhills, FL 33541

Christie D Arkovich
Law Offices of Christie D Arkovich PA
1520 West Cleveland St
Tampa, FL 33606

Stephen L Meininger
707 North Franklin Street
Suite 850
Tampa, FL 33602

United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/ Nathalie Rodriguez
Nathalie Rodriguez, Esq.
Florida Bar Number 125114
E-mail: nrodriguez@raslg.com